

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Daniel Paredes v. JLW Development, Inc., Hockley Properties, LLC,

Appellate case number:   01-19-00210-CV

Trial court case number:  2012-22021

Trial court:                   125th District Court of Harris County

Date motion filed:          December 28, 2020

Party filing motion:        Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Julie Countiss
                         Justice Countiss, acting for the Court

Panel consists of:  Chief Justice Radack and Justice Countiss.

Date:  July 20, 2021